Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Francis Curtis Davis [AKA
Abdul-Malik As-Salafi]
#41959-083
FCI Gilmer PO BOX 6000 Glenville,
WV 26351                          )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address)             )
                                  )
          Petitioner,             )
   vs.                            )
                                  )
Warden Brown                      )
(Name of Warden or other authorized person )
where you are incarcerated)       )
                                  )
          Respondent.             )

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:24cv-82
(to be assigned by Clerk)

Groh Trumble s.hns

FILED

JUL 8 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

     ☐  a conviction
     ☑  a sentence
     ☐  jail or prison conditions
     ☐  prison disciplinary proceedings
     ☐  a parole problem
     ☑  other, state briefly: First Step Act Earned Time Credit Application

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?  ☐ Yes  ☑ No

   If you answered yes, list your counsel's name and address: _____
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court Eastern District of Virginia
   Richmond, Virginia

4. List the case number, if known: Criminal Action No. 3:11 cr 80

5. List the nature of the offense for which the sentence was imposed:
   Possession of a firearm by a convicted felon;
   Robbery

6. List the date each sentence was imposed and the terms of the sentence:
   July 11, 2011, two-hundred-twenty months followed by
   three years of supervised release. August 19, 2022, Sentence reduced
   by 60 months, increased supervised release to five years pursuant to
   3582(c)(1)(A) of the Compassionate Release Statute (FSA).

7. What was your plea to each count? (Check one)

   ☑ Guilty
   ☐ Not Guilty
   ☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☑ Yes     ☐ No

10. If you did appeal, give the following information for each appeal: Docket entries and information unavailable to the Petitioner
    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
       _____
       _____
       _____
       _____
       _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☑ Yes     ☐ No

    If your answer was yes, complete the following sections: Docket entries and information unavailable to the Petitioner

    A. First post-conviction proceeding:
       1. Name of Court: _____

**Attachment A**

      2.    Nature of Proceeding: _____
      3.    Grounds Raised: _____
      4.    Did you receive an evidentiary hearing ?   ☐ Yes   ☐ No
      5.    Result: _____
      6.    Date of Result: _____

B.    Second post-conviction proceeding:
      1.    Name of Court: _____
      2.    Nature of Proceeding: _____
      3.    Grounds Raised: _____
      4.    Did you receive an evidentiary hearing ? ☐ Yes   ☐ No
      5.    Result: _____
      6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1.    First proceeding:   ☐ Yes  ☐ No   Result: _____
      2.    Second proceeding: ☐ Yes  ☐ No   Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____
_____
_____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

    C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
    D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
    E.    There is an unlawful detainer lodged against me.
    F.    I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
    G.    The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

    A.    Ground one:
The Federal Bureau of Prisons Policy Statement 5410.01 at 5 is an unauthorized illegal agency deference in opposition to the clear Congressional mandate of 18 U.S.C.S. 3632(d)(4)(E)(5) of the FSA of 2018

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
See Attachment; NOTE:
[ Supporting Facts and Arguments written prior to the US Supreme Court's 6-28-2024 repeal of Chevron v. Natural Resources Defense Council's precedent ]



    B.    Ground two:

**Attachment A**

The Bureau of Prisons failure to implement 18 U.S.C.S 3632 (d)(4)(E)(5) of the FSA of 2018 has prolonged the congressionally mandated accelerated FSA Recidivism Assessments for HIGH and MEDIUM Recidivism Level prisoners such as the Petitioner thereby preventing the application of 662 days of earned time credits causing the Petitioner to presently serve a term of imprisonment beyond the congressional intent of its passing of 18 USCS 3632(d)(4)(E)

Supporting facts:
See Attachment

C. Ground three:
The Bureau of Prisons has exceeded its statutory authority and is no longer entitled to 'deference' authorizing this Court's exercise of its independent judgment as to whether the BOP acted within it statutory authority following the overturning of Chevron v. Natural Resources Defense Council

Supporting facts:
See Attachment

D. Ground four:
Any further delay of the Petitioner's Earned Time Credits will cause the Petitioner irreparable harm if he is unable to secure immediate judicial consideration of his claims, namely the continued restraint of his liberty, thus the pursuit of agency review would subject the Petitioner to undue prejudice as the BOP is incapable of granting adequate relief

Attachment A

Supporting facts:
See attachment

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
Yes, United States District Court for the Northern District of West Virginia 5:23-cv-00173-PB-JPM, decided October 19, 2023; United States Court of Appeals for the Fourth Circuit No. 23-6757 modifying the dismissal to be without prejudice.
Grounds Three and Four were not presented

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

    ☑ Yes    ☒ No

    1. If your answer to "A" above was yes, what was the result:
    The Petitioner has put forth well documented good faith efforts and attempts with various prison officials to resolve the matters before this Court to no avail. The Petitioner's claims present significant liberty issues that the continued and delayed application of his Earned Time Credits by the BOP will cause 'irreparable harm' if he unable to secure immediate judicial consideration of his claim, namely the continued loss of his liberty. [Please See Attached 'FSA Time Credit Assessment Sheet]

**Attachment A**

    2.    If your answer to "A" above was no, explain:

_____
_____
_____

B.    If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?



☑ Yes     (☑ No)

1. If your answer to "B" above was yes, what was the result: Challenging The FBOP's Policy Statement 5410.01 at 5 regarding the application of Earned Time Credits through the administrative process would be futile as the BOP's agency deference has already determined this issue. Further, pursuing agency relief/review would subject petitioner to further undue prejudice.

2. If your answer to "B" above was no, explain:

_____
_____
_____

15.    Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

    The Petitioner asks this Court to use its independent discretion to determine the merits of his claims presented herein to grant an administrative remedy exemption, a judicial review of the BOP's agency action and the irreparable harm to the Petitioner under The Administrative Procedure Act 5 U.S.C.S. 701-706 and the immediate application of the Earned Time Credits [approximately 365 days toward release, 225 toward RRC/HC, 142 disallowed days totaling 731 Earned Time Credits (unapplied)] thereby immediately releasing the Petitioner to his Term of Supervision by his Sentencing District Court.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____
_____

Signed this __2nd__ day of __July__, __2024__.
    (day)    (month)    (year)

_____
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __7-02-24__   _____
                   Your Signature